E-FILED 07/19/12
CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (RIVERSIDE)

| | |
|---|---|
| JULIO R. SOLANO, an individual, | Case No.: EDCV12-798 PSG (DTBx) |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| AMERICA'S SERVICING Corp., U.S. BANK NATIONAL ASSOCIATION, NORTHWEST TRUSTEE SERVICES INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (a separate corporation); and DOES 1- 50, Inclusive, | |
| Defendants. | |

///
///

-1-

(PROPOSED) JUDGMENT OF DISMISSAL

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,** |
| 2 | **HEREIN** |
| 3 |     **PLEASE TAKE NOTICE** that Defendants WELLS FARGO BANK, N.A. |
| 4 | d/b/a AMERICA'S SERVICING COMPANY; U.S. BANK NATIONAL |
| 5 | ASSOCIATION; and MORTGAGE ELECTRONIC REGISTRATION |
| 6 | SYSTEMS, INC. (collectively "Defendants")'s Motion To Dismiss Plaintiff's |
| 7 | Complaint was taken under submission by the Honorable Philip S. Gutierrez and |
| 8 | GRANTED on July 13, 2012. |
| 9 | |
| 10 |     **IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:** |
| 11 | 1. A judgment of Dismissal with Prejudice is entered in favor of WELLS |
| 12 |     FARGO BANK, N.A. d/b/a AMERICA'S SERVICING COMPANY; |
| 13 |     U.S. BANK NATIONAL ASSOCIATION; and MORTGAGE |
| 14 |     ELECTRONIC REGISTRATION SYSTEMS, INC., and against |
| 15 |     Plaintiff, JULIO SOLANO. |

Date: 07/19/12

**PHILIP S. GUTIERREZ**
_____
Honorable Philip S. Gutierrez

(PROPOSED) JUDGMENT OF DISMISSAL