E-FILED 07/19/12
CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (RIVERSIDE)

| | |
|---|---|
| JULIO R. SOLANO, an individual, | Case No.: EDCV12-798 PSG (DTBx) |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| AMERICA'S SERVICING Corp., U.S. BANK NATIONAL ASSOCIATION, NORTHWEST TRUSTEE SERVICES INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (a separate corporation); and DOES 1- 50, Inclusive, | |
| Defendants. | |

///
///

-1-

(PROPOSED) JUDGMENT OF DISMISSAL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, HEREIN**

**PLEASE TAKE NOTICE** that Defendants WELLS FARGO BANK, N.A. d/b/a AMERICA'S SERVICING COMPANY; U.S. BANK NATIONAL ASSOCIATION; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively "Defendants")'s Motion To Dismiss Plaintiff's Complaint was taken under submission by the Honorable Philip S. Gutierrez and GRANTED on July 13, 2012.

**IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:**

1. A judgment of Dismissal with Prejudice is entered in favor of WELLS FARGO BANK, N.A. d/b/a AMERICA'S SERVICING COMPANY; U.S. BANK NATIONAL ASSOCIATION; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and against Plaintiff, JULIO SOLANO.

Date: 07/19/12

**PHILIP S. GUTIERREZ**
Honorable Philip S. Gutierrez

(PROPOSED) JUDGMENT OF DISMISSAL